AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JEFFREY D. LANDFRIED, on behalf of himself and all others similarly situated,

                    Plaintiff,

                    v.

SPOKANE COUNTY, STEVEN TUCKER, SPOKANE PROSECUTING ATTORNEY, and BOUNCEBACK, INC., a foreign corporation,

                    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-360-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is entered in Defendants' favor with prejudice.

| | |
|---|---|
| April 27, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Jaime M. White |
| | *(By) Deputy Clerk* |
| | Jaime M. White |